**Order entered September 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00687-CR

### CHRISTY ALLANE RODRIGUEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 397th Judicial District Court
Grayson County, Texas
Trial Court Cause No. 064768**

## ORDER

Appellant's counsel filed a motion to withdraw and a brief in support. After reviewing the brief, we conclude it does not satisfy the requirements of *Anders v. California* and its progeny. Specifically, the brief states, and the record shows, that appellant had a jury trial as to both guilt/innocence and punishment. The record also shows that appellant filed several pretrial motions, including motion to suppress evidence. The brief does not address the trial court's rulings on the pretrial motions, voir dire, the trial court's evidentiary rulings, the jury charges and any objections to them, the sentence imposed, or the sufficiency of trial counsel. Accordingly, the brief does not comply with requirements of *Anders* and we **STRIKE** the brief.

We **ORDER** counsel to file, within **THIRTY DAYS** of the date of this order, either an *Anders* brief that adequately addresses all of the issues identified above or a brief raising issues on the merits.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/    LANA MYERS
JUSTICE